**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| IN THE MATTER OF CAMPBELL<br>TRANSPORTATION CO., INC. AS<br>OWNER OF THE M/V LOUISE S,<br>OFFICIAL NO. 513659, FOR<br>EXONERATION FROM OR<br>LIMITATION OF LIABILITY | )<br>)<br>)<br>)<br>)<br>) | <br>CIVIL NO. 3:25-cv-00658<br>IN ADMIRALTY<br>Electronically Filed |

**STIPULATION FOR COSTS**

WHEREAS, a Complaint has been filed in this Court on the 6th day of November 2025 by Petitioner Campbell Transportation Company, Inc. ("Campbell"), as owner of the M/V Louise S, praying for exoneration from or limitation of liability under the provisions of 46 U.S.C. §§ 30501, *et seq*., for the reasons set forth in said Complaint, and pray that a notice may issue to all persons asserting claims with respect to which Campbell seeks exoneration from or limitation of liability and Campbell hereby consents and agrees that in case of default on the part of Campbell, execution may issue against its goods, chattels, and lands, for the sum of $1,000.00 for costs;

NOW THEREFORE, it is hereby stipulated and agreed for the benefit of whom it may concern that Campbell and the stipulation assigned shall be and is hereby bound in the sum of $1,000.00, conditioned that Campbell shall pay all costs and expenses which shall be awarded against it by the decree of this Court or upon appeal by any appellate court.

Respectfully submitted,

**s/ Megan A. Sullivan .**

Todd M. Powers (WV #12361)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville Foster Road, Suite 200
Mason, Ohio 45040
513-583-4200 Tel.
513-583-4203 Fax
mahrens@smbplaw.com
***Attorney for Petitioner Campbell Transportation Company, Inc.***